**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-2259**

MONIKA AHMADPOUR-BAHNAMIRI,

Plaintiff - Appellant,

v.

U.S. POSTAL SERVICE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-00701-LMB-TCB)

Submitted: February 26, 2019                    Decided: February 28, 2019

Before KING, THACKER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monika Ahmadpour-Bahnamiri, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monika Ahmadpour-Bahnamiri appeals the district court's order dismissing with prejudice her amended complaint filed pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e to 2000e-17 (West 2012 & Supp. 2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ahmadpour-Bahnamiri v. U.S. Postal Serv.*, No. 1:18-cv-00701-LMB-TCB (E.D. Va. Oct. 18, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*